IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR409-107 |
| | ) | |
| KENT ALLEN CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 59.) After a careful review of the record, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the Court's opinion in this case. Accordingly, the Court finds Defendant Kent Allen Crawford **COMPETENT**, pursuant to 18 U.S.C. § 4241, to face possible revocation of his supervised release. The Government's request to remand Defendant to the custody of the Attorney General for the purpose of restoring Defendant's competency is **DENIED**.

SO ORDERED this 16th day of August 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court has reviewed the several letters submitted by Defendant without the assistance of his counsel. (Doc. 60; Doc. 61; Doc. 62; Doc. 63; Doc. 64; Doc. 65.) In these letters, Defendant unequivocally states his agreement with, not objection to, the Magistrate Judge's conclusion.